**JUDGE MARRERO**

**07 CV 6821**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX CAPITAL INVESTMENTS LLC,

    Plaintiff,

v.   :   Case No. _____

ELLINGTON MANAGEMENT GROUP, L.L.C.,

    Defendant.

---

[Stamp: RECEIVED JUL 3 0 2007 U.S.D.C. S.D.N.Y. CASHIERS]

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendant Ellington Management Group, L.L.C. ("Ellington") certifies that (a) Ellington has no corporate parent and (b) no publicly held corporation owns 10% of more of Ellington shares.

Dated: July 30, 2007

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

_[signature]_

Christopher N. Manning (CM 4231)
725 Twelfth Street NW
Washington, DC 20005
(202) 434-5000 (voice)
(202) 434-5029 (fax)
e-mail: cmanning@wc.com

*Attorney for Defendant Ellington Management Group, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this RULE 7.1 DISCLOSURE STATEMENT was sent via first-class mail and electronic mail this 30th day of July, 2007, to David B. Tulchin, Jason D. Padgett, and Angus W. Dwyer, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004.

_____
Christopher N. Manning