UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-07
```

PHOENIX CAPITAL INVESTMENTS LLC,

    Plaintiff,

    v.

ELLINGTON MANAGEMENT GROUP, L.L.C.,

    Defendant.

Electronically filed

Case No. 1:07-cv-6821 (VM)

## ORDER OF REMAND

This matter is before the Court upon the parties' Joint Motion to Remand. Upon consideration of the Joint Motion, it is hereby

**ORDERED** that this matter be hereby **REMANDED** to the Supreme Court for the State of New York, County of New York, and that a certified copy of this **ORDER OF REMAND** be mailed by the Clerk to the Clerk of Court, Supreme Court for the State of New York, County of New York.

**DONE AND ORDERED** on this 6th day of August, 2007.

_____
United States District Judge
Victor Marrero